AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| KAREN DAVIS, on behalf of (See Attachment A) </br>Plaintiff </br>v. </br>REDDY ICE HOLDINGS (See Attachment "B") </br>Defendant | ) </br>) </br>) Civil Action No.  c08-01937 BZ/ADR </br>) </br>) |

**Summons in a Civil Action**

To:   See Attachment B1
           *(Defendant's name)*

A lawsuit has been filed against you.

    Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

REGINALD TERRELL, THE TERRELL LAW GROUP, 223 25TH STREET, RICHMOND, CA 94804; DONALD AMAMGBO, AMAMGBO & ASSOCIATES, 7901 OAKPORT STREET, #4900, OAKLAND, CA 94621

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                               Richard W. Wieking
                                                                                               Name of clerk of court

Date:  APR 1 6 2008                                                        THELMA NUDO
                                                                                               Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____.


Date: _____

                                                       _____
                                                                  Server's signature

                                                       _____
                                                           Printed name and title


                                                       _____
                                                                  Server's address

Attachment "A"

herself and all others similarly situated,

Attachment B

.; ARCTIC GLACIER INC; ARCTIC GLACIER INTERNATIONAL INC.; AND HOME CITY ICE COMPANY

Attachment B1

Defendant Reddy ice Holdings, Inc. ("Reddy ice") is a Delaware corporation with its principal place of business located at 8750 North Central Expressway, Suite 1800, Dallas, TX 75321.

Arctic Glacier Inc. ,625 Henry Avenue,, Winnipeg Manitoba, Canada.

Arctic Glacier International Inc., 1654 Mathaler Lane, West St. Paul, Minnesota 55118.

The Home City Ice Company, 6045 Bridgetown Road, Cincinnati, Ohio 45248.