**JAROD M. BONA (234327)**
**DLA PIPER US LLP**
**90 South Seventh Street**
**Suite 5100**
**Minneapolis, MN 55402**
**Telephone: 612 524 3000**
**Facsimile: 612 524 3001**
**E-mail: jarod.bona@dlapiper.com**

**Attorneys for Defendant**
**Reddy Ice Holdings, Inc.**

All parties to the Stipulation
are listed on signature pages

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN DAVIS, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>REDDY ICE HOLDINGS, INC., ARCTIC GLACIER, INC., ARCTIC GLACIER INTERNATIONAL, INC., and HOME CITY ICE COMPANY,<br>      Defendants. | Civil Action No. 08-cv-1937 |

**STIPULATION RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT**

  WHEREAS the complaint in this action was filed on or about April 11, 2008 ("the Action"); and WHEREAS the Plaintiff has requested that certain Defendants waive service of process pursuant to Rule 4 of the Federal Rules of Civil Procedure; and

  WHEREAS various other Plaintiffs have filed and may file complaints in this and other judicial districts relating to the subject matter of the Action, including those set

forth on Exhibit A attached hereto and any subsequent or parallel proceedings regarding the subject matter of the Action (together with the Action, the "Related Actions"); and

WHEREAS certain of the Plaintiffs in the Related Actions have filed motions (the "MDL Motions") with the Judicial Panel on Multidistrict Litigation (the "JPML"), pending under the JPML docket captioned *In re: Packaged Ice Antitrust Litigation*, MDL Docket No. 1952, seeking an order centralizing the Related Actions in a single federal judicial district for coordinated and consolidated pretrial proceedings.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and the Defendants in the Action, by and through their undersigned counsel or counsel acting on their behalf, that the Defendants' time to answer, move, or otherwise plead in response to the complaint in the Action is extended until the earlier of (i) 45 days after the filing of a Consolidated Amended Complaint or whatever other deadline is set by the transferee court in the event the JPML grants the MDL Motions or (ii) 45 days after service of the JPML's decision on the MDL Motions or whatever other deadline is set by the Court in the event the JPML denies the MDL Motions; provided, however, that, in the event that any undersigned Defendant should agree or be ordered to answer, move or otherwise respond in any other Related Action prior to the above deadlines, then that Defendant shall respond to the Complaint in this Action by that earlier date.

IT IS HEREBY FURTHER STIPULATED AND AGREED that the entry into this stipulation by the Defendants shall not constitute a waiver of any defenses except for insufficiency of process or insufficiency of service of process as to the Action. For the

avoidance of doubt, the Defendants expressly preserve and do not waive any other defenses, including, but not limited to, the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, or improper venue. The Defendants expressly reserve their rights to raise any such defenses in response to either the current complaint or any amended complaint that may be filed relating to the Action.

IT IS HEREBY FURTHER STIPULATED AND AGREED that Reddy Ice Holdings, Inc., Reddy Ice Corporation, Arctic Glacier Income Fund, Arctic Glacier, Inc., Arctic Glacier International Inc. and Home City Ice Company, agree, pursuant to Rule 4 of the Federal Rules of Civil Procedure, to waive service of process of the summons and complaint in the Action only. Nothing in this paragraph shall obligate any Defendant to answer, move or otherwise respond to any complaint until the time provided in the preceding paragraphs.

AS STIPULATED BY:

May 29, 2008

DLA PIPER US LLP

By: s/Jarod M. Bona
   Jarod M. Bona, Bar No. 234327 (CA)
   90 South Seventh Street, Suite 5100
   Minneapolis, MN  55402
   Tel:  (612) 524.3000
   Fax: (612) 524.3001

   James R. Nelson
   1717 Main Street, Suite 4600
   Dallas, TX  75201-4629
   Tel:  (214) 743.4500
   Fax: (214) 743.4545

   David H. Bamberger
   500 8th Street, N.W.
   Washington, D.C.  20004
   Tel:  (202) 799.4500
   Fax: (202) 799.5500

*Attorneys for Defendant Reddy Ice Holdings, Inc.*

THE TERRELL LAW GROUP

By:  s/Reginald V. Terrell
   Reginald V. Terrell
   223 25th Street
   Richmond, CA  94804
   Ph: (510) 237.9700
   Fx: (510) 237.4616

AMAMGBO & ASSOCIATES
   Donald C. Amamgbo
   123 Oakport, Suite 4900
   Oakland, CA  94621
   Tel:  (510) 615.6000
   Fax: (510) 615.6025

*Attorneys for Plaintiff, individually and on behalf of all others similarly situated*

| JONES DAY | HOGAN AND HARTSON |
|---|---|
| By: <u>s/ John M. Majoris</u><br>John M. Majoras<br>51 Louisiana Avenue<br>Washington, D.C. 20001<br>Tel: (202) 879.7652<br>Fax: (202) 626.1700<br><br>Paula W. Render<br>77 West Wacker<br>Chicago, IL 60601<br>Tel: (312) 782.3939<br>Fax: (312) 782.8585<br><br>*Attorneys for Defendants*<br>*Arctic Glacier Income Fund,*<br>*Arctic Glacier International Inc. and*<br>*Arctic Glacier, Inc.* | By: <u>s/Sanford M. Litvack</u><br>Sanford M. Litvack<br>Eric J. Stock<br>875 Third Avenue<br>New York, NY 10022<br>Tel: (212) 918.3000<br>Fax: (212) 918.3100<br><br>GRAYDON HEAD & RITCHEY LLP<br>Michael A. Roberts<br>J. Jeffrey Landen<br>1900 Fifth Third Center<br>Cincinnati, Ohio 45202<br>Tel: (513) 629.2799<br>Fax: (513) 651.3836<br><br>*Attorneys for Defendant*<br>*Home City Ice Company, Inc.* |

CHGO1\31213966.1

**EXHIBIT A: Schedule of Actions**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:** Ridge Plaza, Inc. **Defendants:** Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | District of Minnesota | 0:08-cv-657 | James M. Rosenbaum |
| **Plaintiff:** Mall Mart, Inc., d/b/a Midway BP **Defendants:** Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company | District of Minnesota | 0:08-cv-663 | James M. Rosenbaum |
| **Plaintiff:** The Baron Group, Inc. d/b/a Baron's Ice House **Defendants:** Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | District of Minnesota | 0:08-cv-670 | James M. Rosenbaum |
| **Plaintiff:** Kozak Enterprises, Inc. **Defendant:** Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company | District of Minnesota | 0:08-cv-704 | James M. Rosenbaum |
| **Plaintiff:** Solid Waste LTD., Inc., d/b/a Bayland Marina **Defendants**: Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | District of Minnesota | 0:08-cv-713 | James M. Rosenbaum |
| **Plaintiff:** Thrifty Liquor, Inc. **Defendants:** Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier international, Inc.; Home City Ice Company | District of Minnesota | 0:08-cv-777 | James M. Rosenbaum |
| **Plaintiff:** Chukrid Khorchid, d/b/a 7-Eleven **Defendants**: Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company | District of Minnesota | 0:08-cv-809 | James M. Rosenbaum |

**EXHIBIT A: Schedule of Actions**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>G.M. Food & Fuel, LLC, d/b/a G.M. Food & Gas<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | District of Minnesota | 0:08-cv-826 | James M. Rosenbaum |
| **Plaintiff:**<br>Public Foods, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Inc.; Arctic Glacier International Inc. and Home City Ice Company | District of Minnesota | 0:08-cv-862 | James M. Rosenbaum |
| **Plaintiff:**<br>Thomas Beverage Co., Inc.<br>**Defendants:**<br>Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company | District of Minnesota | 0:08-cv-863 | James M. Rosenbaum |
| **Plaintiff:**<br>Tahira Firdous d/b/a TFS, Inc. a/k/a All Stop #2<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | District of Minnesota | 0:08-cv-1020 | James M. Rosenbaum |
| **Plaintiff:**<br>Meleen Corp. db/a Meleen Sporstman Store<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | District of Minnesota | 0:08-cv-1025 | James M. Rosenbaum |
| **Plaintiff:**<br>Arkansas Garden Center West LLC and Arkansas Garden Center North LLC<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc.; and Home City Ice Company | District of Minnesota | 0:08-cv-1077 | James M. Rosenbaum |
| **Plaintiff:**<br>JA-WY, Inc. d/b/a Isle of Palms Red & White<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc.; and Home City Ice Company | District of Minnesota | 0:08-cv-1090 | James M. Rosenbaum |

**EXHIBIT A: Schedule of Actions**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Kopilenko International Wines & Liquors, Inc. d/b/a International Wines & Liquors, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc.; and The Home City Ice Company | District of Minnesota | 0:08-cv-1271 | David S. Doty |
| **Plaintiff:**<br>House of Faith, Inc.<br>**Defendants:**<br>Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company, and JOHN DOES 1-100 | District of Minnesota | 0:08-cv-1387 | Ann D. Montgomery |
| **Plaintiff:**<br>Kingsway Enterprises, Inc.<br>**Defendants:**<br>Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company, and JOHN DOES 1-100 | District of Minnesota | 0:08-cv-1388 | Richard H. Kyle |
| **Plaintiff:**<br>F & V Oil Company Inc, Lansdale Oil Company, Inc., and VB & FS Oil Company<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 2:08-cv-11152 | Paul D. Borman |
| **Plaintiff:**<br>S & S Lima, Inc., d/b/a Dry Run Beverage<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Artic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company; John Does I-X | Eastern District of Michigan | 2:08-cv-11182 | Paul D. Borman |
| **Plaintiff:**<br>Silver Springs Liquor, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 2:08-cv-11200 | Arthur J. Tarnow |
| **Plaintiff:**<br>Elite Energy, LLC<br>**Defendants:**<br>Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier international, Inc.; Reddy Ice Holdings, Inc. | Eastern District of Michigan | 2:08-cv-11201 | Paul D. Borman |

**EXHIBIT A: Schedule of Actions**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Melrick, Inc., d/b/a North Main Short Stop<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 2:08-cv-11204 | Lawrence P. Zatkoff |
| **Plaintiff:**<br>RSB Wellman, Co. Inc., d/b/a Twig's Carry Out<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company; John Does I-X | Eastern District of Michigan | 2:08-cv-11213 | Sean F. Cox |
| **Plaintiff:**<br>Joseph Krainc, d/b/a Joe's Beer Distributor<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 2:05-cv-11238 | Avern Cohn |
| **Plaintiff:**<br>Circle Beer & Beverage, Inc. d/b/a Duffy's Pop & Beer Warehouse<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 5:08-cv-11293 | John Corbett O'Meara |
| **Plaintiff:**<br>Mazel LLC<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 2:08-cv-11315 | David M. Lawson |
| **Plaintiff:**<br>Y & R's, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 2:08-cv-11316 | Bernard A. Friedman |
| **Plaintiff:**<br>Linco Distributing Co. d/b/a Beer Minimum<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 2:08-cv-11330 | Arthur J. Tarnow |
| **Plaintiff:**<br>823 Sproul, Inc. d/b/a Sproul Beverage<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 2:08-cv-11345 | Paul D. Borman |

**EXHIBIT A: Schedule of Actions**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Blue Ash Service Center, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Artic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company; John Does I-X | Eastern District of Michigan | 2:08-cv-11387 | Avern Cohn |
| **Plaintiff:**<br>Higginbotham Oil Company, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 4:08-cv-11400 | Paul V. Gadola |
| **Plaintiffs:**<br>Polly's Food Service, Inc. and Kenco, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 2:08-cv-11420 | Lawrence P. Zatkoff |
| **Plaintiff:**<br>Tomino D/B/A Crafton Beverage Center<br>**Defendant:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 4:08-cv-11438 | Paul V. Gadola |
| **Plaintiff:**<br>Springfield Exxon LLC<br>**Defendants:**<br>Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company | Eastern District of Michigan | 2:08-cv-11561 | Sean F. Cox |
| **Plaintiff:**<br>Roberta Wooten d/b/a Wooten's One Stop<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 2:08-cv-11575 | Denise Page Hood |
| **Plaintiff:**<br>GRI, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier Inc.; and Arctic Glacier International Inc. | Eastern District of Michigan | 2:08-cv-11602 | Lawrence P. Zatkoff |
| **Plaintiff:**<br>Bedros, Inc. d/b/a George's Dreshertown Shop N' Bag<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc.; Home City Ice Company; and John Does I-X | Eastern District of Michigan | 2:08-cv-11782 | Marianne O'Battani |

**EXHIBIT A: Schedule of Actions**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>JBZ, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Inc.; Arctic Glacier International Inc.; and Home City Ice Company | Eastern District of Michigan | 2:08-cv-11967 | Sean F. Cox |
| **Plaintiffs:**<br>Alvin's Enterprises, Inc. d/b/a Party King, Suzie's Investments, Inc. d/b/a Checker Drugs and Food, and BC & D Enterprises, LLC | Eastern District of Michigan | 2:08-cv-12048 | Victoria A. Roberts |
| **Plaintiff:**<br>Rickey J. Ryberg<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Inc.; Arctic Glacier International Inc.; and Home City Ice Company | Eastern District of Michigan | 2:08-cv-12240 | David M. Lawson |
| **Plaintiff:**<br>Tommy Williams<br>**Defendants:**<br>Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc.; Reddy Ice Holdings, Inc.; and Home City Ice Company | District of Arizona | 2:08-cv-843 | Roslyn O'Silver |
| **Plaintiff:**<br>Marin Scotty's Market, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Glacier International, Inc.; Home City Ice Company | Northern District of California | 3:08-cv-1486 | Maxine M. Chesney |
| **Plaintiff:**<br>Karen Davis<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Inc.; Arctic Glacier International Inc.; and Home City Ice Company | Northern District of California | 3:08-cv-1937 | Bernard Zimmerman |
| **Plaintiff:**<br>Dennis Patrick<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Inc.; Arctic Glacier International Inc.; and Home City Ice Company | Northern District of California | 3:08-cv-2369 | James Larson |
| **Plaintiff:**<br>Jan Barranco-Grams<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Artic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company; Does 1-100 | Southern District of California | 3:08-cv-539 | Dana M. Sabraw |

**EXHIBIT A: Schedule of Actions**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Cobblestone Tequesta LLC d/b/a Tequesta Citgo<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Artic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company; Does 1-100 | Southern District of California | 3:08-cv-656 | Janis L. Sammartino |
| **Plaintiff:**<br>6th & Island Investments, LLC<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc.; and Home City Ice Company | Southern District of California | 3:08-cv-752 | John A. Houston |
| **Plaintiff:**<br>Market Street Investments, LLC<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc.; and Home City Ice Company | Southern District of California | 3:08-cv-753 | Marilyn L. Huff |
| **Plaintiff:**<br>Universal Hillcrest LLC<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc.; and Home City Ice Company | Southern District of California | 3:08-cv-775 | William Q. Hayes |
| **Plaintiff:**<br>Gaslamp Country Club, LLC<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc.; and Home City Ice Company | Southern District of California | 3:08-cv-776 | Napoleon A. Jones, Jr. |
| **Plaintiff:**<br>Jennin Gil<br>**Defendants:**<br>Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company | Southern District of Florida | 1:08-cv-21089 | Patricia A. Seitz |
| **Plaintiff:**<br>Jenifer Valencia<br>**Defendants:**<br>Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company | District of Kansas | 2:08-cv-2138 | Carlos Murguia |
| **Plaintiff:**<br>Chi-Mar Enterprises, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company, Inc. | Northern District of Ohio | 1:08-cv-657 | Kathleen M. O'Malley |

**EXHIBIT A: Schedule of Actions**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:** Fu-Wah Mini Market **Defendants:** Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Northern District of Ohio | 1:08-cv-666 | Kathleen M. O'Malley |
| **Plaintiff:** Warrington Fuels, Inc. **Defendants:** Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Funds: Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company, Inc. | Northern District of Ohio | 1:08-cv-692 | Kathleen M. O'Malley |
| **Plaintiff:** Marchbanks Travel Service Inc., d/b/a Bear Mountain Travel Stop **Defendants:** Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier; Arctic Glacier International, Inc.; Home City Ice Company | Northern District of Ohio | 1:08-cv-695 | James S. Gwin |
| **Plaintiff:** Juniata Mobil **Defendants:** Reddy Ice Holdings, Inc., Arctic Glacier, Inc., Arctic Glacier International Inc. and Home City Ice Company | Northern District of Ohio | 1:08-cv-859 | Donald C. Nugent |
| **Plaintiff:** Champs Liquor, Inc. **Defendants:** Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc.; and Home City Ice Company | Southern District of Ohio | 1:08-cv-179 | Sandra S. Beckwith |
| **Plaintiffs:** Marcellino E. Bryant and Patrick Reeners **Defendants:** Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc.; Reddy Ice Holdings, Inc.; and Home City Ice Company | Middle District of Tennessee | 3:08-cv-458 | Thomas Wiseman |
| **Plaintiff:** Five Angels Management, d/b/a Frank A. Smith Beverages **Defendants:** Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc. | Northern District of Texas | 3:08-cv-480 | Jorge A. Solis |
| **Plaintiff:** Massino **Defendants:** Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc. | Northern District of Texas | 3:08-cv-496 | Jorge A. Solis |

**EXHIBIT A: Schedule of Actions**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Blasingame<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Northern District of Texas | 3:08-cv-498 | Jorge A. Solis |
| **Plaintiff:**<br>Emmanuel d/b/a 7-11 25452<br>**Defendants:**<br>Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company | Northern District of Texas | 3:08-cv-507 | Jorge A. Solis |
| **Plaintiff:**<br>DiFabritiis 7-11 Food Store #24428<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Inc.; Arctic Glacier International Inc. and Home City Ice Company | Northern District of Texas | 3:08-cv-512 | Jorge A. Solis |
| **Plaintiff:**<br>Rick Drontle d/b/a Ponytail Catering<br>**Defendants:**<br>Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc. | Northern District of Texas | 3:08-cv-536 | Jorge A. Solis |
| **Plaintiff:**<br>Wilson Farms, Inc.<br>**Defendants:**<br>Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company | Northern District of Texas | 3:08-cv-537 | Jorge A. Solis |
| **Plaintiff:**<br>Mount Pocono Campground Inc.<br>**Defendants:**<br>Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company | Northern District of Texas | 3:08-cv-563 | Jorge A. Solis |
| **Plaintiff:**<br>Charlie Holland Motors, Inc.<br>**Defendants:**<br>Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company | Northern District of Texas | 3:08-cv-576 | Jorge A. Solis |
| **Plaintiff:**<br>The Lanesville Food Mart Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Northern District of Texas | 3:08-cv-607 | Jorge A. Solis |

**EXHIBIT A: Schedule of Actions**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:** Nirgundas, Inc. **Defendants:** Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Northern District of Texas | 3:08-cv-709 | Jorge A. Solis |
| **Plaintiff:** Shree Narayandas, Inc. **Defendants:** Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc.; and Home City Ice Company | Northern District of Texas | 3:08-cv-710 | Jane J. Boyle |
| **Plaintiff:** Radha, Inc. **Defendants:** Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Northern District of Texas | 3:08-cv-711 | Barbara M.G. Lynn |
| **Plaintiffs:** James Taylor and Wayne Sydor **Defendants:** Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company | Eastern District of Wisconsin | 2:08-cv-400 | Rudolph T. Randa |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN DAVIS, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>REDDY ICE HOLDINGS, INC.; ARCTIC GLACIER, INC., ARCTIC GLACIER INTERNATIONAL, INC., and HOME CITY ICE COMPANY,<br><br>　　　　　　　　Defendants. | Civil Action No. 08-cv-1937 |

**PROPOSED ORDER**

The Court hereby approves the Stipulation Re: Extension of Time to Respond to Complaint.

Defendant's time to answer, move, or otherwise plead in response to the complaint in this action is extended in accordance with the terms as outlined in the Stipulation Re: Extension of Time to Respond to Complaint.

Dated: _____, 2008          _____
　　　　　　　　　　　　　　　　　　　The Honorable Bernard Zimmerman
　　　　　　　　　　　　　　　　　　　United States District Court Magistrate Judge

CHGO1\31217966.1