**JAROD M. BONA (234327)**
**DLA PIPER US LLP**
**90 South Seventh Street**
**Suite 5100**
**Minneapolis, MN 55402**

**Attorneys for Defendant**
**Reddy Ice Holdings, Inc.**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN DAVIS, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REDDY ICE HOLDINGS, INC.; ARCTIC GLACIER, INC., ARCTIC GLACIER INTERNATIONAL, INC., and HOME CITY ICE COMPANY,<br>　　　　　Defendants. | Civil Action No. 08-cv-1937 |

## CERTIFICATE OF SERVICE

　　　　I, Jarod M. Bona, hereby certify that on May 29, 2008, I caused a true and correct copy of

the following document:

　　　　Stipulation Re: Extension of Time to Respond to Complaint, with attached Exhibit A; and
　　　　Proposed Order,

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-

notice of the electronic filing to the following:

　　　1.　　　Donald Amamgbo　　　donald@amamgbolaw.com

　　　2.　　　Reginald Terrell　　　reggiet2@aol.com

1

I further certify that I caused a copy of the foregoing document to be mailed by first class mail, postage paid, to the following non-admitted ECF participants:

John M. Majoras
JONES DAY
51 Louisiana Avenue
Washington, D.C.  20001

Paula W. Render
JONES DAY
77 West Wacker
Chicago, IL  60601

*Attorneys for Defendants Arctic Glacier Income Fund, Arctic Glacier International Inc. and Arctic Glacier Inc.*

Sanford M. Litvack
Eric J. Stock
HOGAN AND HARTSON
875 Third Avenue
New York, NY  10022

Michael A. Roberts
J. Jeffrey Landen
GRAYDON HEAD & RITCHEY LLP
1900 Fifth Third Center
Cincinnati, OH  45202

*Attorneys for Defendant Home City Ice Company*

Dated:  May 29, 2008

By    s/ Alan L. Kildow
     Alan L. Kildow

CHGO1\31217971.1

2