UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAREN DAVIS, on behalf of herself and all others similarly situated,

        Plaintiff,

v.

REDDY ICE HOLDINGS, INC.; ARCTIC GLACIER, INC., ARCTIC GLACIER INTERNATIONAL, INC., and HOME CITY ICE COMPANY,

        Defendants.

Civil Action No. 08-cv-1937

## ~~PROPOSED~~ ORDER

The Court hereby approves the Stipulation Re: Extension of Time to Respond to Complaint.

Defendant's time to answer, move, or otherwise plead in response to the complaint in this action is extended in accordance with the terms as outlined in the Stipulation Re: Extension of Time to Respond to Complaint.

Dated: __May 30_____, 2008

                                                                                 _____
The Honorable Bernard Zimmerman
United States District Court Magistrate Judge



CHGO1\31217966.1