# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

June 20, 2008

To:   Donald Chidi Amamgbo, Esq.
123 Oakport, Suite 4900
Oakland, CA 94621

Reginald Von Terrell
The Terrell Law Group
223 25th Street
Richmond, CA 94804

Jarod Michael Bona
DLA Piper US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297

Re: Karen Davis v. Reddy Ice Holdings, Inc. - C08-1937 BZ

Dear Counsel:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for **August 4, 2008 at 4:00 p.m.**
To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within five days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

/s/ Lashanda Scott
By:    Lashanda Scott
        Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd