JAROD M. BONA, (California Bar No. 234327)
jarod.bona@dlapiper.com
DLA PIPER US LLP
90 South Seventh Street, Suite 5100
Minneapolis, MN 55402-4168
Tel: 612.524.3000
Fax: 612.524.3001

Attorneys for Defendant
Reddy Ice Holdings, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN DAVIS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REDDY ICE HOLDINGS, INC. ARCTIC GLACIER, INC., ARCTIC GLACIER INTERNATIONAL, INC., and HOME CITY ICE COMPANY,<br><br>Defendants. | Civil Action No. 08-cv-1937<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE<br>AND<br>REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: June 27, 2008

DLA PIPER US LLP

By   /s/
JAROD M. BONA
Attorneys for Defendant
Reddy Ice Holdings, Inc.

-1-

WEST\21456936.1
365251-000005