1  JAROD M. BONA, (California Bar No. 234327)
   jarod.bona@dlapiper.com
2  DLA PIPER US LLP
   90 South Seventh Street, Suite 5100
3  Minneapolis, MN 55402-4168
   Tel: 612.524.3000
4  Fax: 612.524.3001

5  Attorneys for Defendant
   Reddy Ice Holdings, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN DAVIS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REDDY ICE HOLDINGS, INC. ARCTIC GLACIER, INC., ARCTIC GLACIER INTERNATIONAL, INC., and HOME CITY ICE COMPANY,<br><br>Defendants. | Civil Action No. 08-cv-1937 |

## **CERTIFICATE OF SERVICE**

I, Linda M. Koller, hereby certify that on June 27, 2008, I caused a true ad correct copy of the following document

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of electronic filing as follows:

    1. Donald Amamgbo      Donald@amamgbolaw.com

    2. Reginald Terrell        reggiet2@aol.com

-1-

DLA PIPER US LLP
MINNEAPOLIS

WEST\21456960.1
365251-000005

I further certify that I caused a copy of the foregoing document to be mailed by first class mail, postage paid, to the following non-admitted ECF participants:

| | |
|---|---|
| John M. Majoras<br>JONES DAY<br>51 Louisiana<br>Washington, D.C. 20001 | Sanford M. Litvack<br>Erick J. Stock<br>HOGAN AND HARTSON<br>875 Third Avenue<br>New York, NY 10022 |
| Paula W. Render<br>JONES DAY<br>77 West Wacker<br>Chicago, IL 60601 | Michael A. Roberts<br>J. Jeffrey Landen<br>GRAYDON HEAD & RITCHEY LLP<br>1900 Fifth Third Center<br>Cincinnati, OH 45202 |
| *Attorneys for Defendants Arctic Glacier Income Fund, Arctic Glacier International Inc. and Arctic Glacier Inc.* | *Attorneys for Defendant Home City Ice Company* |

Dated: June 27, 2008                    By:    /s/
                                                Linda M. Koller