UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Karen Davis

        Plaintiff(s).               No. C 08-1937

   v.                     NOTICE OF IMPENDING
                                 REASSIGNMENT TO A UNITED
                                 STATES DISTRICT COURT JUDGE

Reddy Ice Holdings, Inc., et al.,

        Defendant(s).
_____/

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

    (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

    The Case Management Conference set for August 4, 2008   at 4:00p.m. is hereby **VACATED**.

Dated: 7/1/08

                             Richard W. Wieking, Clerk
                             United States District Court

                           By:  - Deputy Clerk to
                           Magistrate Judge

reassign.DCT